IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2018 OCT 11 A 10: 28
U.S. DISTRICT COURT
NEW HAVEN, CT.

IN RE: SUBPOENA TO
AMAZON.COM, INC.
N-18-3-21 (Control #54)

Misc. No. 3:18mj1556(sadhg)

**Filed Under Seal**

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Amazon.com, Inc., an electronic communication service provider and/or a remote computing service, to accompany a grand jury subpoena issued to Amazon.com, Inc. on October 9, 2018 (N-18-3-21, Control #54) not to notify any person (including the subscribers and customers of the account(s) listed in the subpoena of the existence of the subpoena for 180 days.

The Court determines that there is reason to believe that notification of the existence of the subpoena will seriously jeopardize the investigation, including by: giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Amazon.com, Inc. shall not disclose the existence of the subpoena, or this Order of the Court, to the listed subscriber or to any other person, until April 9, 2019, except that Amazon.com, Inc. may disclose the subpoena to an attorney for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until April 9, 2019, or until otherwise ordered by the Court.

9 Oct 2018
Date

/s/ Sarah A. L. Merriam, USMJ
SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE